**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John C. Flagler,<br>     aka John Christopher Flagler,<br>     aka John Flagler<br>                       Debtor(s) | CHAPTER 7<br><br>BKY. NO. 17-16997 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC and index same on the master mailing list.

                                   Respectfully submitted,

                                   **/s/ Rebecca A. Solarz, Esquire**
                                   Rebecca A. Solarz, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 627-1322 FAX (215) 627-7734