*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: John C. Flagler
    Debtor(s)

Case No: 17–16997–ref
Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Dismiss Chapter 7 Petition for Cause Filed by Francis E. Templin

\*\*\*RESCHEDULED HEARING\*\*\*

on: 3/23/18

at: 01:00 PM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  2/13/18

Timothy B. McGrath
Clerk of Court

35 – 31
Form 167