United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
John C. Flagler
      Debtor

Case No. 17-16997-ref
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith       Page 1 of 1       Date Rcvd: Feb 13, 2018
                 Form ID: 167      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db           +John C. Flagler,    1580 Clearfield Road,    Wind Gap, PA 18091-9744
cr           +Francis E. Templin,    6093 Old Rt. 22,    Bernville, PA 19506-8455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
        MICHAEL H KALINER    mhkaliner@gmail.com,   pa35@ecfcbis.com
        MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,   pa35@ecfcbis.com
        PAUL EDWARD TRAINOR    on behalf of Debtor John C. Flagler trainorlawoffices@gmail.com
        RALPH J. BELLAFATTO    on behalf of   Robert D. Densmore ralph@bellafatto.com,
        margaret@bellafatto.com
        REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                        TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: John C. Flagler

Debtor(s)

Case No: 17−16997−ref

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion to Dismiss Chapter 7 Petition for Cause Filed by Francis E. Templin

\*\*\*RESCHEDULED HEARING\*\*\*

on: 3/23/18

at: 01:00 PM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  2/13/18

Timothy B. McGrath
Clerk of Court

35 − 31
Form 167