IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
2018 MAR 12 AM 11:57
U.S. BANKRUPTCY COURT

| | | |
|---|---|---|
| IN RE: JOHN C. FLAGLER | : | NO. 17-16997 |
| DEBTOR | : | |
| | : | CHAPTER 7 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

FRANCIS E. TEMPLIN has filed a Motion with the Court for Judicial Review, Determination and Order.

**Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion, then on or before _MARCH 26_ 2018, you or your attorney must do all of the following:

   (a)   file an answer explaining your position at:
   United States Bankruptcy Court
   The Madison Building
   400 Washington Street, Suite 301
   Reading, PA 19601

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b)   mail a copy to the Movant:
   Francis E. Templin
   Creditor/Movant
   6093 Old Rt. 22
   Bernville, PA 19506

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling, the United States Bankruptcy Judge, in Courtroom 1 at The Madison building, 400 Washington Street, Reading, PA 19601, on _APRIL 12_ 2018, at _9:30 AM_, or as soon thereafter as counsel can be heard, to consider the motion.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the Movant named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been continued or cancelled because no one filed an answer.

/s/ _____
Francis E. Templin
6093 Old Route 22
Bernville, PA 19506
Telephone: 484-869-4930
Movant/Creditor

Dated: March 12, 2018