UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  JOHN C. FLAGLER,           :     Case No. 17-16997REF
      Debtor                          :     Chapter 7

# **OMNIBUS SCHEDULING ORDER**

AND NOW, this 20 day of March, 2018, upon Debtor's Second Motion for contempt and sanctions (the "Second Contempt Motion"), filed on March 15, 2018, and upon the motion to dismiss this case (the "Dismissal Motion"), filed by Francis E. Templin ("Mr. Templin") on February 8, 2018, and upon Mr. Templin's additional motion for judicial review, etc., filed on March 12, 2018 (the "Judicial Review Motion"), and upon Mr. Templin's additional motion for a 2004 examination, filed on March 15, 2018 (the "2004 Motion"), all of which may draw on the same or similar factual bases, and upon the Order issued yesterday in this case in which Order I considered and granted Debtor's initial Sanctions Motion based on the hearing on it and on the memoranda of law opposing and supporting it, and upon my belief that I require a hearing to determine the nature and amount of sanctions to be imposed against Mr. Templin for his contempt established by Debtor in the hearing on February 13, 2018, and as ordered in yesterday's Order,

IT IS FURTHER ORDERED that all existing hearing dates and times for the above matters are rejected and a hearing for me to consider Debtor's

Second Contempt Motion and Mr. Templin's Dismissal Motion, Judicial Review Motion, and 2004 Motion, all in conjunction with the previously scheduled hearing to determine the nature and amounts of sanctions to be imposed against Mr. Templin arising from Debtor's initial Sanctions Motion, shall be held at the following place, date, and time:

> UNITED STATES BANKRUPTCY COURT – E.D. PA.
> The Madison Building – Third Floor
> 4th and Washington Streets
> Reading, PA 19601
> Wednesday, April 4, 2018, at 10:00 a.m., prevailing time.

BY THE COURT

_____
Richard E. Fehling,
United States Bankruptcy Judge