United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John C. Flagler  
    Debtor

Case No. 17-16997-ref  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa    Page 1 of 1    Date Rcvd: Mar 19, 2018  
    Form ID: pdf900    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2018.
```
db            +John C. Flagler,    1580 Clearfield Road,    Wind Gap, PA 18091-9744
cr            +Francis E. Templin,    6093 Old Rt. 22,    Bernville, PA 19506-8455
NONE          +Robert D. Densmore,    727 Limestone St.,    Catasauqua, PA 18032-2335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2018 01:54:39      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2018 at the address(es) listed below:
```
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              PAUL EDWARD TRAINOR    on behalf of Debtor John C. Flagler trainorlawoffices@gmail.com
              RALPH J. BELLAFATTO    on behalf of  Robert D. Densmore ralph@bellafatto.com,
               margaret@bellafatto.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  JOHN C. FLAGLER,                  :        Case No. 17-16997REF
           Debtor                                     :        Chapter 7

# **ORDER**

AND NOW, this 19 day of March, 2018, upon my consideration of Debtor's Motion for Contempt and Sanctions for Violation of the Automatic Stay by Francis E. Templin (the "Sanctions Motion"), and upon the testimony and documents presented at the hearing on the Sanctions Motion on February 12, 2018, and upon the memoranda submitted (1) by Debtor in support of the Sanctions Motion and (2) by Francis Templin ("Mr. Templin") in opposition to the Sanctions Motion, and upon my having never had presented such blatant violations, as well as so many individual instances of violations, of the automatic stay as Mr. Templin's efforts to sue Debtor, to establish a judgment or judgments against Debtor, and to collect on the judgment or judgments by having seized and sold Debtor's property, all after Debtor filed the above bankruptcy case, all with Mr. Templin's full knowledge of Debtor's bankruptcy, and all as evidenced by Debtor's uncontroverted production of exhibits that proved the violations, all of which exhibits were admitted into evidence at the hearing,[1] and upon Mr.

---

[1]  Debtor's post-hearing memorandum itemizes and explains Mr. Templin's actions that constitute clear violations of the automatic stay. I quibble with only one of his itemized instances of a stay violation. I disagree with Debtor's Paragraph 5, in which he argues that Mr. Templin's frequent driving past Debtor's home constitutes a violation of the stay. I am not convinced on the record before me that Mr.

Templin's response to Debtor's post-hearing memorandum falling far short of countering Debtor's arguments,

    I HEREBY ORDER that the Sanctions Motion be and is GRANTED.

    I FURTHER ORDER that a hearing to determine the nature and amounts of damage caused by Mr. Templin, as well as any other sanctions or penalties that ought to be assessed against Mr. Templin, all as related to the issues addressed by Debtor in this Sanction Motion, shall be held at the following place, date, and time:

> UNITED STATES BANKRUPTCY COURT – E.D. PA.
> The Madison Building – Third Floor
> 4th and Washington Streets
> Reading, PA 19601
> Wednesday, April 4, 2018, at 10:00 a.m., prevailing time.

    BY THE COURT

_____
Richard E. Fehling,
United States Bankruptcy Judge

---

Templin drove by the number of times Debtor alleges. Furthermore, I am not convinced on the record before me that Mr. Templin's drive-bys constituted, in and of themselves, efforts to collect the amounts alleged to be due from Debtor. The allegations in Paragraph 5 are the only of Debtor's claims of stay violation with which I disagree. All other allegations by Debtor accurately describe violations of the stay.