United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John C. Flagler  
     Debtor

Case No. 17-16997-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Mar 20, 2018  
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.  
db         +John C. Flagler,    1580 Clearfield Road,    Wind Gap, PA 18091-9744  
cr         +Francis E. Templin,    6093 Old Rt. 22,    Bernville, PA 19506-8455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:  
         MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com  
         MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
         PAUL EDWARD TRAINOR    on behalf of Debtor John C. Flagler trainorlawoffices@gmail.com  
         RALPH J. BELLAFATTO    on behalf of  Robert D. Densmore ralph@bellafatto.com, margaret@bellafatto.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: JOHN C. FLAGLER,                :        Case No. 17-16997REF
      Debtor                           :        Chapter 7

# OMNIBUS SCHEDULING ORDER

AND NOW, this 20 day of March, 2018, upon Debtor's Second Motion for contempt and sanctions (the "Second Contempt Motion"), filed on March 15, 2018, and upon the motion to dismiss this case (the "Dismissal Motion"), filed by Francis E. Templin ("Mr. Templin") on February 8, 2018, and upon Mr. Templin's additional motion for judicial review, etc., filed on March 12, 2018 (the "Judicial Review Motion"), and upon Mr. Templin's additional motion for a 2004 examination, filed on March 15, 2018 (the "2004 Motion"), all of which may draw on the same or similar factual bases, and upon the Order issued yesterday in this case in which Order I considered and granted Debtor's initial Sanctions Motion based on the hearing on it and on the memoranda of law opposing and supporting it, and upon my belief that I require a hearing to determine the nature and amount of sanctions to be imposed against Mr. Templin for his contempt established by Debtor in the hearing on February 13, 2018, and as ordered in yesterday's Order,

    IT IS FURTHER ORDERED that all existing hearing dates and times for the above matters are rejected and a hearing for me to consider Debtor's

Second Contempt Motion and Mr. Templin's Dismissal Motion, Judicial Review Motion, and 2004 Motion, all in conjunction with the previously scheduled hearing to determine the nature and amounts of sanctions to be imposed against Mr. Templin arising from Debtor's initial Sanctions Motion, shall be held at the following place, date, and time:

> UNITED STATES BANKRUPTCY COURT – E.D. PA.
> The Madison Building – Third Floor
> 4th and Washington Streets
> Reading, PA 19601
> Wednesday, April 4, 2018, at 10:00 a.m., prevailing time.

BY THE COURT

_____
Richard E. Fehling,
United States Bankruptcy Judge