UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  JOHN C. FLAGLER,  :  Case No. 17-16997REF

Debtor  :  Chapter 7

# ORDER DENYING SECOND CONTEMPT MOTION AND REQUEST FOR SANCTIONS

AND NOW, this 5 day of April, 2018, upon Debtor's Second Motion for contempt and sanctions (the "Second Contempt Motion"), against Francis E. Templin ("Mr. Templin"), which motion was filed on March 15, 2018, and upon the hearing on the Second Contempt Motion held yesterday, April 4, 2018, and upon the evidence produced in the hearing on the Second Contempt Motion, and upon Mr. Templin successfully removing, in late 2017, Debtor from certain state court litigation that Mr. Templin had initiated in Berks County, Pennsylvania, using extraordinarily confusing language that was nonetheless intended to request the court to remove Debtor from the case,[1] and upon Mr. Templin using very nearly the same language in a matter before another state court judge in another county, and upon Mr. Templin's efforts to remove Debtor from litigation pending in another county being unsuccessful, and upon my determination that Mr.

---

[1] Kudos to Berks County Common Pleas Court Judge Madelyn S. Fudeman for successfully divining from very difficult language that Mr. Templin wanted to withdraw Debtor from certain state court litigation that was before her.

Templin acted appropriately and attempted in good faith to remove Debtor from the other county state court litigation, and upon my decision that Mr. Templin should not be sanctioned in the face of his legitimate and good faith attempt to remove Debtor from the other county state court litigation, and upon my issuing and entering my Bench Order during the hearing yesterday, which Bench Order denied Debtor's Second Contempt Motion,

IT IS HEREBY ORDERED that my Bench Order issued and entered during the hearing yesterday, in which I denied Debtor's Second Contempt Motion, IS HEREBY RATIFIED AND REAFFIRMED.

IT IS FURTHER ORDERED that Debtor's Second Contempt Motion IS HEREBY DENIED.

BY THE COURT

_____
Richard E. Fehling,
United States Bankruptcy Judge