UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  JOHN C. FLAGLER,                    :        Case No. 17-16997REF

       Debtor                                   :        Chapter 7

# ORDER

AND NOW, this 6 day of April, 2018, upon my consideration of the

motion filed by Francis E. Templin ("Mr. Templin") to dismiss Chapter 7 petition

of Debtor (the "Dismissal Motion") and the response filed by Debtor, and after a

hearing on April 4, 2018, on the Dismissal Motion, during which hearing I entered

a Bench Order denying the Dismissal Motion based upon my statements in Court,

particularly pursuant to my finding and conclusion that the Dismissal Motion

fundamentally seeks a denial of Debtor's discharge under Section 727,[1] for which

an adversary complaint must be filed,[2] rather than by a motion for dismissal of this

Chapter 7 bankruptcy case,

IT IS HEREBY ORDERED that the Bench Order I entered on April

4, 2018 denying Mr. Templin's Dismissal Motion IS HEREBY REAFFIRMED.

BY THE COURT

RICHARD E. FEHLING
United States Bankruptcy Judge

---

[1]     Mr. Templin acknowledged that I was correct in my determination that he filed the Dismissal Motion to prevent the debt allegedly owed to him by Debtor from being discharged.

[2]     The deadline for filing an adversary complaint objecting to Debtor's discharge or the dischargeability of a debt owed by Debtor was February 13, 2018.