United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 17-16997-ref
John C. Flagler   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4   User: Keith   Page 1 of 1   Date Rcvd: Apr 05, 2018
                Form ID: pdf900   Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2018.
```
db          +John C. Flagler,    1580 Clearfield Road,    Wind Gap, PA 18091-9744
cr          +Francis E. Templin,    6093 Old Rt. 22,    Bernville, PA 19506-8455
NONE        +Robert D. Densmore,    727 Limestone St.,    Catasauqua, PA 18032-2335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: gecsedi@recoverycorp.com Apr 06 2018 01:52:28      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```
                                                                                                                                                           TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2018 at the address(es) listed below:
```
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              PAUL EDWARD TRAINOR    on behalf of Debtor John C. Flagler trainorlawoffices@gmail.com
              RALPH J. BELLAFATTO    on behalf of  Robert D. Densmore ralph@bellafatto.com,
               margaret@bellafatto.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                                                                                      TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: JOHN C. FLAGLER, | : | Case No. 17-16997REF |
| Debtor | : | Chapter 7 |

# ORDER DENYING SECOND CONTEMPT MOTION AND REQUEST FOR SANCTIONS

AND NOW, this 5 day of April, 2018, upon Debtor's Second Motion for contempt and sanctions (the "Second Contempt Motion"), against Francis E. Templin ("Mr. Templin"), which motion was filed on March 15, 2018, and upon the hearing on the Second Contempt Motion held yesterday, April 4, 2018, and upon the evidence produced in the hearing on the Second Contempt Motion, and upon Mr. Templin successfully removing, in late 2017, Debtor from certain state court litigation that Mr. Templin had initiated in Berks County, Pennsylvania, using extraordinarily confusing language that was nonetheless intended to request the court to remove Debtor from the case,[1] and upon Mr. Templin using very nearly the same language in a matter before another state court judge in another county, and upon Mr. Templin's efforts to remove Debtor from litigation pending in another county being unsuccessful, and upon my determination that Mr.

---

[1] Kudos to Berks County Common Pleas Court Judge Madelyn S. Fudeman for successfully divining from very difficult language that Mr. Templin wanted to withdraw Debtor from certain state court litigation that was before her.

Templin acted appropriately and attempted in good faith to remove Debtor from the other county state court litigation, and upon my decision that Mr. Templin should not be sanctioned in the face of his legitimate and good faith attempt to remove Debtor from the other county state court litigation, and upon my issuing and entering my Bench Order during the hearing yesterday, which Bench Order denied Debtor's Second Contempt Motion,

IT IS HEREBY ORDERED that my Bench Order issued and entered during the hearing yesterday, in which I denied Debtor's Second Contempt Motion, IS HEREBY RATIFIED AND REAFFIRMED.

IT IS FURTHER ORDERED that Debtor's Second Contempt Motion IS HEREBY DENIED.

BY THE COURT

_____
Richard E. Fehling,
United States Bankruptcy Judge