# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  John C. Flagler a/k/a John Christopher Flagler a/k/a John Flagler<br>                    Debtor | CHAPTER 7 |
| BAYVIEW LOAN SERVICING, LLC<br>                    Movant<br>          vs.<br>John C. Flagler a/k/a John Christopher Flagler a/k/a John Flagler<br>                    Debtor<br>Michael H. Kaliner<br>                    Trustee | NO. 17-16997 REF<br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion of BAYVIEW LOAN SERVICING, LLC for Relief from the Automatic Stay Under Section 362, which was filed with the Court on or about March 2, 2018 (Document No. 39).

                              Respectfully submitted,

                              **/s/ Rebecca A. Solarz, Esquire**
                              Rebecca A. Solarz, Esquire
                              Attorney for Movant
                              KML Law Group, P.C.
                              BNY Mellon Independence Center
                              701 Market Street, Suite 5000
                              Philadelphia, PA  19106
                              215-627-1322

April 11, 2018