United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-16997-ref
John C. Flagler                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: admin              Page 1 of 2             Date Rcvd: Apr 13, 2018
                             Form ID: 318             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
```
db              +John C. Flagler,    1580 Clearfield Road,    Wind Gap, PA 18091-9744
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14041187        +Bayview Loan Servicing, LLC,    c/o Rebecca A. Solarz, Esq,    701 Market Street, Ste 5000,
                  Philadelphia, PA 19106-1541
13998489        +Bernadette Flagler,    1580 Clearfield Road,    Wind Gap, PA 18091-9744
13998490        +Christian Hancock/James Lanyon,    c/o Nicola G. Suglia, Esq.,    601 Route 73 South, Ste. 305,
                  Marlton, NJ 08053-9609
13998493        +EOS CCA,   PO Box 981008,    Boston, MA 02298-1008
13998494        +Fin Recovery,    200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
14019477        +Francis E. Templin,    6093 Old Rt 22,    Bernville, PA 19506-8455
13998496        +Powell Inc,    1 Fisher Street,    Halifax, PA 17032-8845
13998497        +Protective Services,    c/o Beau A. Hoffman, Esq.,    McCormick Law Firm,    P.O. Box 577,
                  Williamsport, PA 17703-0577
13998498        +Robert D. Densmore,    c/o Ralph J. Bellafatto, Esq.,    4480 William Penn Highway,
                  Easton, PA 18045-4937
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2018 01:51:30      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13998486        +EDI: AMEREXPR.COM Apr 14 2018 05:43:00      Amex,   P.O. Box 981537,    El Paso, TX 79998-1537
13998487        +EDI: TSYS2.COM Apr 14 2018 05:43:00      Barclays Bank Delaware,    PO Box 8803,
                  Wilmington, DE 19899-8803
13998488        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 14 2018 01:51:31
                  Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
13998491        +EDI: WFNNB.COM Apr 14 2018 05:43:00      Comenity Bank/womnwthn,    4590 E Broad St,
                  Columbus, OH 43213-1301
13998492        +EDI: RCSFNBMARIN.COM Apr 14 2018 05:43:00      Credit One Bank Na,    PO Box 98875,
                  Las Vegas, NV 89193-8875
13998495         EDI: PRA.COM Apr 14 2018 05:43:00      Portfolio Rc,    120 Corporate Blvd Ste 1,
                  Norfolk, VA 23502
14027431         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2018 01:51:18
                  Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                  Harrisburg, PA  17128-0946
14002204        +EDI: RMSC.COM Apr 14 2018 05:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 9
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
14001648*       +Robert D. Densmore,    c/o Ralph J. Bellafatto, Esq.,    4480 William Penn Highway,
                  Easton, PA 18045-4937
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: admin              Page 2 of 2              Date Rcvd: Apr 13, 2018
                              Form ID: 318             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:

```
          MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
          PAUL EDWARD TRAINOR    on behalf of Debtor John C. Flagler trainorlawoffices@gmail.com
          RALPH J. BELLAFATTO    on behalf of  Robert D. Densmore ralph@bellafatto.com,
           margaret@bellafatto.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **John C. Flagler** | Social Security number or ITIN  **xxx–xx–9504** |
| | First Name   Middle Name   Last Name | EIN  **23–2951559** |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **17–16997–ref**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  John C. Flagler
  aka John Christopher Flagler, aka John Flagler

4/12/18

**By the court:**  Richard E. Fehling
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2