UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
THE MADISON
400 WASHINGTON STREET
SUITE 300
READING, PA 19601

Timothy B. McGrath
Clerk

Telephone
(610) 208-5040

April 13, 2018

Re: John C. Flagler
Bankruptcy No.: 17-16997-ref

Dear Ms. Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(X) Certificate of Appeal from Orders entered April 5, 2018 (one) and April 6, 2018 (three), by the Honorable Richard E. Fehling.
   Notice of appeal filing fee (X) paid    ( ) not paid (waiver filed and approved)

( ) Designation of Record on Appeal Filed

( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed ( ).
   ( ) Answer to motion filed ( ).

( ) Proposed findings of fact and conclusions of law entered ( ) by the Honorable ( ).
   ( ) Objections filed ( ).

( ) Report and recommendation entered ( ) by the Honorable ( ).

   ( ) Objections filed ( ).

( ) Original record transferred to the District Court pursuant to the order of the Honorable ( ).

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court
Timothy B. McGrath
Clerk
By: /s/ Lisa Henry
Deputy Clerk

---

Received Above material or record tile this _ 13th day of _ April _20 18.

Civil Action No. _ 18 CV 1571

Miscellaneous No. _

Assigned to Judge _ Leeson

Signature: _ Steve Torras

Date: _ APR 13 2018

BFL5.frm(rev 2/15)

APR 13 2018