IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 17-16997 |
| JOHN C. FLAGLER, | : | |
| Debtor | : | CHAPTER 7 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Movant, JOHN C. FLAGLER, by and through his counsel of record, Paul Edward Trainor, Esquire, has filed a Motion for Contempt and Sanctions for Violation of the Order Determining Damages Payable to Debtor Pursuant to Sanctions Motion with the Court.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the Court to grant the relief sought in the Motion** or if you want the Court to consider your views on the Motion, then on or before **06/01/2018 you or your attorney must file a response to the Motion**.  (see Instructions on next page).

3. **A Hearing on the Motion** is scheduled to be held on **06/05/18, at 9:30 a.m., in Courtroom #1, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA  19601.**  Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed a response.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at

> United States Bankruptcy Court
> For the Eastern District of Pennsylvania
> 400 Washington Street, Suite 300
> Reading, PA  19601

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion , you must mail or deliver a copy of the Response to the movant's attorney:

> Paul Edward Trainor, Esquire
> TRAINOR LAW OFFICES, P.C.
> 1275 Glenlivet Drive, Suite 100
> Allentown, PA  18106-3107
> (610) 434-7004
> (484) 224-2999  Facsimile
> trainor1720@verizon.net

Date:  May 11, 2018              /s/     Paul Edward Trainor, Esquire
                                 PAUL EDWARD TRAINOR, ESQUIRE
                                 I.D. NO. 35627
                                 Counsel for Debtor
                                 TRAINOR LAW OFFICES, P.C.
                                 1275 Glenlivet Drive, Suite 100
                                 Allentown, PA  18106-3107
                                 (610) 434-7004
                                 (484) 224-2999 Facsimile
                                 trainor1720@verizon.net