UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath
Clerk

Telephone
(215) 408-2800

May 10, 2018

Re: John C. Flagler
Bankruptcy No.: 17-16997
Civil Action No. 18-CV1571

Dear Kate Barkman, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

( ) Certificate of appeal from order entered  by the Honorable
   Notice of appeal filing fee ( ) paid   ( )not paid

( ) Designation of Record on Appeal Filed
(**XX**) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed   .
   ( )Answer to motion filed   .

( ) Proposed findings of fact and conclusions of law entered    by the Honorable   .
   ( ) Objections filed   .

( ) Report and recommendation entered    by the Honorable   .

   ( ) Objections filed   .

( ) Original record transferred to the District Court pursuant to the order of the Honorable   .

( ) Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath
Clerk

By: s/Keith R. Borzillo
Deputy Clerk

---

Received Above material or record tile this _10th_ day of _MAY_, 20 _18_.

Civil Action No. _18CV1571_      Signature: _[signature]_

Miscellaneous No. _____      Date: _05/10/2018_

Assigned to Judge _Leeson_

BFL5.frm(rev 11/8/17)