IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         :        NO. 17-16997
JOHN C. FLAGLER,                               :
            Debtor                             :        CHAPTER 7

### CERTIFICATE OF NO RESPONSE

I, Paul Edward Trainor, Esquire, counsel for the Debtor, in the Motion for Contempt and Sanctions for Violation of the Order Determining Damages Payable to Debtor Pursuant to Sanctions Motion in the above-captioned case, hereby certifies that no answer, objection or other responsive pleading or request for hearing has been served upon me by any interested parties, and that, therefore, the Court may, upon consideration of the record, grant the requested Motion/Application.

June 4, 2018                                   /s/    Paul Edward Trainor, Esquire
                                               PAUL EDWARD TRAINOR, ESQ.
                                               I.D. NO. 35627
                                               Counsel for Debtor
                                               TRAINOR LAW OFFICES, P.C.
                                               1275 Glenlivet Drive, Suite 100
                                               Allentown, PA  18106-3107
                                               (610) 434-7004
                                               (484) 224-2999 Facsimile
                                               trainorlawoffices@gmail.com

Mr. John C. Flagler                            Michael H. Kaliner
1580 Clearfield Road                           Chapter 7 Trustee
Wind Gap, PA  18091                            350 South Main Street, Suite 105
                                               Doylestown, PA  18901

Office of the US Trustee                       Francis E. Templin
833 Chestnut Street, Suite 500                 6093 Old Rt. 22
Philadelphia, PA  19107                        Bernville, PA  19506