UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  JOHN C. FLAGLER,            :    Case No. 17-16997REF

      Debtor                          :    Chapter 7

# ORDER

AND NOW, this 5 day of June, 2018, after hearing held today on Debtor's Motion for Contempt and Sanctions for Violation of the Order[1] Determining Damages Payable to Debtor Pursuant to Sanctions Motion (the "Motion"), after which I entered a Bench Order modifying the prayer requested in the Motion and issuing a Judgment for the amount owed by Francis Templin ("Mr. Templin") to Debtor, which is $5050, as set forth in my April 5, 2018 Order,

IT IS HEREBY ORDERED that the Bench Order I entered today modifying the prayer requested in the Motion and issuing a Judgment for the amount owed by Francis Templin to Debtor, which is $5050, as set forth in my April 5, 2018 Order, is RATIFIED, CONFIRMED AND APPROVED HEREIN.

IT IS FURTHER ORDERED that JUDGMENT IS ENTERED IN FAVOR OF DEBTOR AND AGAINST FRANCIS TEMPLIN IN THE AMOUNT OF $5050.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge

---

[1] This Order, which I entered on April 5, 2018, directed Francis Templin ("Mr. Templin") to pay $5050 to Debtor as sanctions for Mr. Templin's violation of the automatic stay.