United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-16997-ref
John C. Flagler                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith      Page 1 of 1      Date Rcvd: Jun 05, 2018
                      Form ID: pdf900      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
```
db          +John C. Flagler,    1580 Clearfield Road,    Wind Gap, PA 18091-9744
cr          +Francis E. Templin,    6093 Old Rt. 22,    Bernville, PA 19506-8455
NONE        +Robert D. Densmore,    727 Limestone St.,    Catasauqua, PA 18032-2335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 06 2018 02:32:00      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
```
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              PAUL EDWARD TRAINOR    on behalf of Debtor John C. Flagler trainorlawoffices@gmail.com
              RALPH J. BELLAFATTO    on behalf of  Robert D. Densmore ralph@bellafatto.com,
               margaret@bellafatto.com
              REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  JOHN C. FLAGLER, | : | Case No. 17-16997REF |
| Debtor | : | Chapter 7 |

# ORDER

AND NOW, this 5 day of June, 2018, after hearing held today on Debtor's Motion for Contempt and Sanctions for Violation of the Order[1] Determining Damages Payable to Debtor Pursuant to Sanctions Motion (the "Motion"), after which I entered a Bench Order modifying the prayer requested in the Motion and issuing a Judgment for the amount owed by Francis Templin ("Mr. Templin") to Debtor, which is $5050, as set forth in my April 5, 2018 Order,

IT IS HEREBY ORDERED that the Bench Order I entered today modifying the prayer requested in the Motion and issuing a Judgment for the amount owed by Francis Templin to Debtor, which is $5050, as set forth in my April 5, 2018 Order, is RATIFIED, CONFIRMED AND APPROVED HEREIN.

IT IS FURTHER ORDERED that JUDGMENT IS ENTERED IN FAVOR OF DEBTOR AND AGAINST FRANCIS TEMPLIN IN THE AMOUNT OF $5050.

BY THE COURT

RICHARD E. FEHLING
United States Bankruptcy Judge

---

[1] This Order, which I entered on April 5, 2018, directed Francis Templin ("Mr. Templin") to pay $5050 to Debtor as sanctions for Mr. Templin's violation of the automatic stay.