IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN C. FLAGLER                         :
                                        :       C.A. NO. 18-1571
         vs.                            :       BKCY. NO. 17-16997
                                        :       ADV. NO.
MICHAEL H. KALINER
                                        :

## ORDER

AND NOW, this 14th day of May, 2018, it appearing to the Court that the appellant in the above captioned case has failed to comply with Rule 8006 of the Rules of Bankruptcy Procedure by failing to file with the Bankruptcy Court a designation of contents for inclusion in the record on appeal and statement of issues he intends to present on the appeal, it is hereby

ORDERED that this appeal is hereby dismissed and the matter is remanded to the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

BY THE COURT

_____
HONORABLE JOSEPH F. LEESON, JR, J.

civxx