United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John C. Flagler  
    Debtor

Case No. 17-16997-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Jan 24, 2020  
                                Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2020.  
db          +John C. Flagler,    1580 Clearfield Road,    Wind Gap, PA 18091-9744

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2020 at the address(es) listed below:
         MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com  
         MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
         PAUL EDWARD TRAINOR    on behalf of Debtor John C. Flagler trainorlawoffices@gmail.com  
         RALPH J. BELLAFATTO    on behalf of  Robert D. Densmore ralph@bellafatto.com, margaret@bellafatto.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                           TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

John C. Flagler : Case No. 17−16997−mdc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , January 24, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

94
Form 195